UNITED STATES COURTHOUSE

7940 PRESTON ROAD ROOM 101

PLANO TEXAS 75024



**FILED**

AUG 2 8 2023

Clerk, U.S. District Court
Eastern District of Texas

To: District Judge Amos L. Mazzant, III

Pro Se Mary Lee Moore

VS                                                          Civil Action #: 4:23-cv-00475

USAA/GARRISON PROPERTY AND CASUALTY INSURANCE

Motion: Procedure entry of Defendant of Default

1. On July 25, 2023 I (Mary Lee Moore) file a Motion for Demand and Settlement to The United States District Court, for the Eastern District of Texas, to chief District Judge Rodney Gilstrap, and to the President and Chief Officer Wayne Peacock, of USAAA Insurance Company (See Exhibit-A).

2. On June,9, 2023 on The AO 440 (Rev. 06/12) Summons in a Civil Action for the United States District Court for the Eastern District of Texas form it stating If you fail to respond, Judgment by default will be entered against you for the relief demanded in the complaint you also must file your answers of motion with the court. (See Exhibit-B).

3. USAA/GARRISON PROPERTY and casualty Insurance Company didn't response to Summons Complaint form, or to the Motion for Demand and Settlement if you, the respondent, receive legal notice but do not file any kind of response or answer and do no ever come to a hearing in the case then the petitioner may try to get a default Judgment, a default judgment means the person who file the case generally wins without contest from the opposing party.

I (Mary Lee Moore) is asking the courts to award I (Mary lee Moore) $250,000.00 because THE Defendant didn't respond to I (Mary Lee Moore) Summons complaint or Motion to Settle.

Mary Lee Moore

2273 Franklin Drive
Apt # 1023
Mesquite, TX
75150

CC TO: CHIEF DISTRICT JUDGE, RODNEY GILSTRAP, UNITED STATES COURT, FOR THE EASTERN DISTRICT OF TEXAS

SAM B. HALL FEDERAL BUILDING AND UNITED STSTES COURTHOUSE
100 EAST HOUSTON STREET,
MARSHALL, TEXAS 75670.

CC TO: U.S. ATTORNEY GENERAL, GARLAND MERRICK B. U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530-0001.