# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MARY LEE MOORE | § |
| | § CIVIL ACTION NO. 4:23CV475 |
| V. | § JUDGE MAZZANT/JUDGE JOHNSON |
| | § |
| USAA/GARRISON AND CASUALTY INSURANCE COMPANY | § |
| | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 11, 2023, the Magistrate Judge entered a Report and Recommendation (Dkt. #23) that Plaintiff Mary Lee Moore's case be dismissed for want of subject matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 4th day of January, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE