# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MARY LEE MOORE | § |
| | § CIVIL ACTION NO. 4:23CV475 |
| V. | § JUDGE MAZZANT/JUDGE JOHNSON |
| | § |
| USAA/GARRISON AND CASUALTY | § |
| INSURANCE COMPANY | § |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED**, **ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice.

**SIGNED this 4th day of January, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE